USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSEPH IORHEMBA ASAN, JR.,

Defendant.

------------------------------------------------------------X

20-CR-86 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict in the Court's schedule, the conference currently scheduled for February 13, 2020 is adjourned to 4:30 p.m. on February 18, 2020.

SO ORDERED.

Dated: New York, New York
February 12, 2020

_____
KIMBA M. WOOD
United States District Judge