```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____
```

20-CR-86 (KMW)

-against-

**ORDER**

JOSEPH IORHEMBA ASAN, JR,

Defendant.

-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Monday, March 30, 2020, is adjourned to Tuesday, May 5, 2020, at 11:30 a.m.

Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
      March 23, 2020

                                                  /s/ Kimba M. Wood /
                                               KIMBA M. WOOD
                                           United States District Judge