```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/30/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

JOSEPH IORHEMBA ASAN,

         Defendants.

-----------------------------------------------------------X

20-CR-86 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, May 5, 2020, is adjourned to June 15, 2020, at 12:00 p.m.  Pursuant to Standing Order 20-MISC-196, the running of speedy-trial time is suspended.

    SO ORDERED.

Dated: New York, New York

    April 30, 2020                                     /s/ Kimba M. Wood /

                                                         KIMBA M. WOOD

                                                United States District Judge