UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/20
```

    -against-

JOSEPH IORHEMBA ASAN,

                      Defendant.
-------------------------------------------------------------------x

ORDER
20 CR 86 (KMW)

KIMBA M. WOOD, District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the conference currently scheduled for September 2, 2020, is adjourned to September 17, 2020 at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
         August 13, 2020

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE