# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/20

September 10, 2020

By ECF
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  **United States v. Joseph Asan**
     **20 Cr. 86 (KMW)**

Dear Judge Wood:

I represent defendant Joseph Asan in the above-referenced matter, which is currently scheduled for a status conference on September 17, 2020 at noon. With the consent of A.U.S.A. Sagar Ravi, I write now to respectfully request that the conference be adjourned for 45-days.

Defense counsel continues to review the voluminous discovery in this matter and to engage in meaningful plea discussions with the Government. Moreover, the current COVID-19 health crisis counsels against an in-court appearance at this time. For the reasons stated herein and in the interest of justice, the defense has no objection to the exclusion of time for speedy trial purposes.

Thank you.

*The conference is adjourned to November 9, 2020, at 2:00 p.m.*

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Sagar K. Ravi

SO ORDERED:  N.Y., N.Y.  9/10/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.