UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/20
```

------------------------------------------------------------X

UNITED STATES OF AMERICA                    :

    -v-                                    :    ORDER

JOSEPH IORHEMBA ASAN, JR.,                  :    20 CR 86 (KMW)

    Defendant.                        :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

   The conference scheduled for November 9, 2020, is adjourned to November 23, 2020, at

12:00 p.m., as a control date.

   Counsel for the defendant has requested an adjournment of the next pre-trial conference

scheduled for November 9, 2020, because the parties are in discussion about a possible

disposition short of trial.

   The Court excludes the time from today until November 23, 2020, from the running of

the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the

granting of such a continuance best serves the ends of justice and outweighs the best interest of

the public and the defendant in a speedy trial because the parties need this additional time to

discuss a disposition of this case short of trial.

Dated: New York, New York
   November 5, 2020

              Kimba M. Wood
               KIMBA M. WOOD
          UNITED STATES DISTRICT JUDGE