UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA                :

        -v-                                                 :                    ORDER

JOSEPH IORHEMBA ASAN, JR,           :                    20 CR 86 (KMW)

                   Defendant.         :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/20

KIMBA M. WOOD, District Judge:

    A control date for a conference is scheduled for December 18, 2020, at 12:00 p.m.

    Counsel for the defendant has requested an adjournment of the pre-trial conference scheduled for November 23, 2020, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until December 18, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       November 24, 2020

                                                KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE