```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                              20 CR 86 (KMW)

                                                             SENTENCING
                                                            SCHEDULING ORDER

JOSEPH IORHEMBA ASAN, JR.

                                                    Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge

       The Defendant is scheduled to be sentenced on April 21, 2021 at 11:00 a.m.

       The Presentence Investigation Report is due to the Court on April 14, 2021.

       Any sentencing submissions by Defendant must be made by April 16, 2021, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

       Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All counsel must review the Court's Individual Rules before submitting sentencing memoranda.

       Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

       Any response or other submission from the Government is due April 19, 2021.

SO ORDERED

Dated:  New York, New York
             January 12, 2021

                                                           _____
                                                                KIMBA M. WOOD
                                                        UNITED STATES DISTRICT JUDGE