UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/21
```

-against-

**ORDER**
20 CR 86 (KMW)

JOSEPH IORHEMBA ASAN, JR,

                        Defendant.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote sentencing on Wednesday, April 21, 2021, at 11:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 992509132. All members of the press and public who join the proceeding must do so with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       April 14, 2021

                                                        KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE