UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

JOSEPH IORHEMBA ASAN, JR.,

                  Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 86 (KMW)

KIMBA M. WOOD, District Judge:

At the request of the parties, sentencing in the above-captioned case is adjourned to July 27, 2021, at 12:30 p.m., as an in-person proceeding.

SO ORDERED.

Dated: New York, New York
June 23, 2021

                                          KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/21