USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/21

**MATTHEW J. KLUGER**
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

July 13, 2021

By ECF
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  100075

**MEMO ENDORSED**

Re:   **United States v. Joseph Asan**
      **20 Cr. 86 (KMW)**

Dear Judge Wood:

On December 23, 2020, Mr. Asan appeared before the Honorable Barbara C. Moses and pled guilty to Count One of the above-referenced Indictment charging him with conspiring with others to commit bank and wire fraud. Sentencing is scheduled for July 27, 2021 at 12:30 p.m. The defense writes now to respectfully request that sentencing be adjourned to August 23rd, 24th, or 25th, 2021.

Given the disruptions caused by the COVID-19 pandemic and defense counsel's current workload, it has been uniquely difficult to meaningfully consult with Mr. Asan (who resides in Florida), locate and gather critical sentencing information, and have adequate time to effectively prepare for this sentencing. It is for these reasons that I respectfully request this additional time to prepare for Mr. Asan's sentencing.

A.U.S.A. Sagar Ravi has kindly consented to this adjournment request on behalf of the government.

Thank you.

Respectfully,

/s/ *Matthew J. Kluger*
Matthew J. Kluger, Esq.

cc:   AUSA Sagar K. Ravi

*Sentencing is adjourned to September 2, 2021, at 12:30 p.m. Defendant's submission is due by August 19. Government submission is due by August 26.*

SO ORDERED: N.Y., N.Y.  7/13/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.