UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JOSEPH IORHEMBA ASAN, JR.,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 86 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing in the above-captioned case, currently scheduled for September 2, 2021, is adjourned to September 7, 2021, at 12:30 p.m.

      SO ORDERED.

Dated: New York, New York
         July 19, 2021

                                              /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE