UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JOSEPH IORHEMBA ASAN, JR.,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 86 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for September 7, 2021, is adjourned to Wednesday, September 8, 2021, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
         August 23, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE