UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

-against-

JOSEPH ASAN, JR.,

                           Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 86(KMW)

KIMBA M. WOOD, District Judge:

        The sentencing for the above-captioned defendant, currently scheduled for September 8, 2021, at 12:00 p.m. is rescheduled for 11:00 a.m.

        SO ORDERED.

Dated: New York, New York
       September 2, 2021

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE