UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JOSEPH IORHEMBA ASAN, JR.,

                  Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 86 (KMW)

KIMBA M. WOOD, District Judge:

    The sentencing currently scheduled for September 8, 2021, at 11:00 a.m. has been rescheduled for 1:30 p.m.

    SO ORDERED.

Dated: New York, New York
         September 8, 2021

                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE