**MATTHEW J. KLUGER**
ATTORNEY AT LAW

---

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

October 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/21

By Email
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 100075

Re:  **United States v. Joseph Asan**
     **20 Cr. 86 (KMW)**

**MEMO ENDORSED**

Dear Judge Wood:

On September 8, 2021, the Court sentenced Mr. Asan principally to serve a sentence of 46-months imprisonment. The Court allowed Mr. Asan to remain at liberty until October 25, 2021 pending his designation to a BOP facility. As of noon today, Mr. Asan has not yet received his BOP designation. Probation has advised that they expect Ms. Asan to be designated by next Friday, October 29, 2021. Accordingly, with the consent of the AUSA Sagar Ravi, the defense respectfully requests that Mr. Asan be permitted to surrender on October 29, 2021.

Granted
KMW

Thank you.

Respectfully submitted,

Matthew J. Kluger
*Attorney for Joseph Asan*

cc:  AUSA Sagar K. Ravi

10/22/21

SO ORDERED, N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.